| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Thomas Earl Macklin |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Western District of Tennessee (State) |
| Case number | 16-25271 |

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT

**Court claim no. (if known):** 9-1

**Last 4 digits** of any number you use to identify the debtor's account: 9615

**Property Address:** 2726 North Rockcreek Pkwy
Number   Street

Cordova, TN 38016
City   State   Zip Code

## Part 2: Prepetition Default Payments

Check one:

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ _____

## Part 3: Postpetition Mortgage Payment

Check one:

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:
MM/ DD /YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due: 3/1/22-4/1/22 2@ $1,248.43    (a) $ 2,496.86
b. Total fees, charges, expenses, escrow, and cost outstanding:    + (b) $ _____
c. **Total**. Add lines a and b.    (c) $ 2,496.86

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: 03 / 01 / 2022
MM/ DD /YYYY

| Debtor 1 | Thomas Earl Macklin | | | Case Number (if known) | 16-25271 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Anne Marie Throne                              Date 04/12/2022
  Signature

| Print: | Anne Marie Throne,           Bar No. 036224 | Title | Bankruptcy Attorney |
|---|---|---|---|
| | First name   Middle Name   Last name | | |

Company:  MCMICHAEL TAYLOR GRAY, LLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address:  3550 Engineering Drive, Suite 260
          Number         Street

          Peachtree Corners, GA 30092
          City         State    Zip Code

Contact phone  404-474-7149         Email:  athrone@mtglaw.com

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing in the above captioned case was this day served upon the below named persons by either United States Mail or Electronic Mail at the addresses shown below:

**Via U.S. Mail**
Thomas Earl Macklin
2726 N Rockcreek Parkway
Cordova, TN 38016

**Via CM/ECF electronic service:**
Darrell L Castle
Darrell Castle & Associates PLLC
5050 Poplar Avenue, Suite 1600
Memphis, TN 38157

Sylvia F Brown
200 Jefferson Ave
Suite 1113
Memphis, TN 38103

Dated: April 12, 2022

                                                Respectfully submitted,

                                                By: /s/ Anne Marie Throne
                                                Anne Marie Throne, Esq.
                                                TNBPR 036224

                                                MCMICHAEL TAYLOR GRAY, LLC
                                                Attorney for Creditor
                                                3550 Engineering Drive, Suite 260
                                                Peachtree Corners, GA 30092
                                                Telephone: 404-474-7149
                                                Facsimile: 404-745-8121
                                                E-mail: athrone@mtglaw.com
                                                MTG File No.: 22-001223-01



| | | PAYMENT CHANGES | | | |
|---|---|---|---|---|---|
| DATE | P&I | Escrow | TOTAL | Reference | |
| 07/01/16 | 725.05 | 526.77 | 1,251.82 | Payment listed in POC | |
| 06/01/17 | 725.05 | 522.07 | 1,247.12 | NOPC filed with the court | |
| 06/01/18 | 725.05 | 554.37 | 1,279.42 | NOPC filed with the court | |
| 06/01/19 | 725.05 | 542.71 | 1,267.76 | NOPC filed with the court | |
| 06/01/20 | 725.05 | 529.80 | 1,254.85 | NOPC filed with the court | |
| 01/01/21 | 725.05 | 526.29 | 1,251.34 | NOPC filed with the court | |
| 09/01/21 | 725.05 | 523.38 | 1,248.43 | NOPC filed with the court | |
| | | | 0.00 | | |

| Loan# | |
|---|---|
| Borrower: | Macklin |
| Date Filed: | 6/9/2016 |
| BK Case # | 16-25271 |
| First Post Petition Due Date: | 10/1/2016 |
| POC covers: | 4/1/16-9/1/16 |
| MOD EFFECTIVE DATE: | |

7/1/16-9/1/16 paid thru plan

| Date | Amount Recvd | Payment Type | Post Petition Due Date | Contractual Due Date | Amount Due | Over/Shortage | Suspense Credit | Suspense Debit | Susp Balance | POC DATE PAID | POC Arrears Credit | POC Debit | POC Suspense Balance | POC Paid to Date | Fee/Escrow Deposit | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 9/15/2016 | $453.00 | Pre | | | | $453.00 | | | $0.00 | | | | $453.00 | $453.00 | | |
| 10/18/2016 | $1,251.82 | Post | 10/1/16 | 4/1/16 | $1,251.82 | $0.00 | | | $0.00 | | $453.00 | | $453.00 | $453.00 | | |
| 11/23/2016 | $1,251.82 | Post | 11/1/16 | 5/1/16 | $1,251.82 | $0.00 | | | $0.00 | | | | $453.00 | $453.00 | | |
| 11/23/2016 | $302.00 | Pre | | | | $302.00 | | | $0.00 | | | $302.00 | $755.00 | $755.00 | | |
| 12/16/2016 | $1,251.82 | Post | 12/1/16 | 6/1/16 | $1,251.82 | $0.00 | | | $0.00 | | | | $755.00 | $755.00 | | |
| 12/16/2016 | $151.00 | Pre | | | | $151.00 | | | $0.00 | | | $151.00 | $906.00 | $906.00 | | |
| 1/19/2017 | $1,251.82 | Post | 1/1/17 | 7/1/16 | $1,251.82 | $0.00 | | | $0.00 | | | | $906.00 | $906.00 | | |
| 2/16/2017 | $1,251.82 | Post | 2/1/17 | 8/1/16 | $1,251.82 | $0.00 | | | $0.00 | | | | $906.00 | $906.00 | | |
| 3/16/2017 | $1,251.82 | Post | 3/1/17 | 9/1/16 | $1,251.82 | $0.00 | | | $0.00 | | | | $906.00 | $906.00 | | |
| 3/16/2017 | $151.00 | Pre | | | | $151.00 | | | $0.00 | | | $151.00 | $1,057.00 | $1,057.00 | | |
| 5/3/2017 | $1,251.82 | post | 4/1/17 | 10/1/16 | $1,251.82 | $0.00 | | | $0.00 | | | | $1,057.00 | $1,057.00 | | |
| 5/3/2017 | $151.00 | Pre | | | | $151.00 | | | $0.00 | | | $151.00 | $1,208.00 | $1,208.00 | | |
| 5/25/2017 | $1,251.82 | Post | 5/1/17 | 11/1/16 | $1,251.82 | $0.00 | | | $0.00 | | | | $1,208.00 | $1,208.00 | | |
| 5/25/2017 | $151.00 | Pre | Contractual applied | 12/1/16 | | $151.00 | | | $0.00 | 4/1/2016 | $151.00 | $1,251.82 | $107.18 | $1,359.00 | | |
| 6/19/2017 | $1,247.12 | Post | 6/1/17 | 1/1/17 | $1,247.12 | $0.00 | | | $0.00 | | | | $107.18 | $1,359.00 | | |
| 6/19/2017 | $302.00 | Pre | | | | $302.00 | | | $0.00 | | | $302.00 | $409.18 | $1,661.00 | | |
| 7/14/2017 | $1,247.12 | Post | 7/1/17 | 2/1/17 | $1,247.12 | $0.00 | | | $0.00 | | | | $409.18 | $1,661.00 | | |
| 8/17/2017 | $1,247.12 | Post | 8/1/17 | 3/1/17 | $1,247.12 | $0.00 | | | $0.00 | | | | $409.18 | $1,661.00 | | |
| 8/17/2017 | $302.00 | pre | | | | $302.00 | | | $0.00 | | | $302.00 | $711.18 | $1,963.00 | | |
| 9/18/2017 | $1,247.12 | Post | 9/1/17 | 4/1/17 | $1,247.12 | $0.00 | | | $0.00 | | | | $711.18 | $1,963.00 | | |
| 11/17/2017 | $1,247.12 | Post | 10/1/17 | 5/1/17 | $1,247.12 | $0.00 | | | $0.00 | | | | $711.18 | $1,963.00 | | |
| 11/17/2017 | $1,247.12 | Post | 11/1/17 | 6/1/17 | $1,247.12 | $0.00 | | | $0.00 | | | | $711.18 | $1,963.00 | | |
| 11/17/2017 | $302.00 | Pre | | | | $302.00 | | | $0.00 | | | $302.00 | $1,013.18 | $2,265.00 | | |
| 1/18/2018 | $1,247.12 | Post | 12/1/17 | 7/1/17 | $1,247.12 | $0.00 | | | $0.00 | | | | $1,013.18 | $2,265.00 | | |
| 1/18/2018 | $1,247.12 | Post | 1/1/18 | 8/1/17 | $1,247.12 | $0.00 | | | $0.00 | | | | $1,013.18 | $2,265.00 | | |
| 2/22/2018 | $1,247.12 | Post | 2/1/18 | 9/1/17 | $1,247.12 | $0.00 | | | $0.00 | | | | $1,013.18 | $2,265.00 | | |
| 2/22/2018 | $302.00 | Pre | | | | $302.00 | | | $0.00 | | $ 302.00 | | $1,315.18 | $2,567.00 | | |
| 3/22/2018 | $1,247.12 | Post | 3/1/18 | 10/1/17 | $1,247.12 | $0.00 | | | $0.00 | | | | $1,315.18 | $2,567.00 | | |
| 3/22/2018 | $151.00 | Pre | Contractual applied | 11/1/17 | | $151.00 | | | $0.00 | 5/1/2016 | $151.00 | $1,251.82 | $214.36 | $2,718.00 | | |
| 4/19/2018 | $1,247.12 | Post | 4/1/18 | 12/1/17 | $1,247.12 | $0.00 | | | $0.00 | | | | $214.36 | $2,718.00 | | |
| 4/19/2018 | $151.00 | pre | | | | $151.00 | | | $0.00 | | | $151.00 | $365.36 | $2,869.00 | | |
| 5/18/2018 | $1,247.12 | Post | 5/1/18 | 1/1/18 | $1,247.12 | $0.00 | | | $0.00 | | | | $365.36 | $2,869.00 | | |
| 5/18/2018 | $151.00 | Pre | | | | $151.00 | | | $0.00 | | | $151.00 | $516.36 | $3,020.00 | | |
| 6/19/2018 | $1,279.42 | Post | 6/1/18 | 2/1/18 | $1,279.42 | $0.00 | | | $0.00 | | | | $516.36 | $3,020.00 | | |
| 6/19/2018 | $151.00 | pre | | | | $151.00 | | | $0.00 | | | $151.00 | $667.36 | $3,171.00 | | |
| 7/16/2018 | $1,279.42 | Post | 7/1/18 | 3/1/18 | $1,279.42 | $0.00 | | | $0.00 | | | | $667.36 | $3,171.00 | | |
| 7/16/2018 | $151.00 | Pre | | | | $151.00 | | | $0.00 | | | $151.00 | $818.36 | $3,322.00 | | |
| 8/16/2018 | $1,279.42 | Post | 8/1/18 | 4/1/18 | $1,279.42 | $0.00 | | | $0.00 | | | | $818.36 | $3,322.00 | | |
| 8/16/2018 | $151.00 | pre | | | | $151.00 | | | $0.00 | | | $151.00 | $969.36 | $3,473.00 | | |
| 9/14/2018 | $1,279.42 | Post | 9/1/18 | 5/1/18 | $1,279.42 | $0.00 | | | $0.00 | | | | $969.36 | $3,473.00 | | |
| 10/16/2018 | $1,279.42 | Post | 10/1/18 | 6/1/18 | $1,279.42 | $0.00 | | | $0.00 | | | | $969.36 | $3,473.00 | | |
| 10/16/2018 | $302.00 | pre | | | | $302.00 | | | $0.00 | | | $302.00 | $1,271.36 | $3,775.00 | | |
| 11/26/2018 | $1,279.42 | Post | 11/1/18 | 7/1/18 | $1,279.42 | $0.00 | | | $0.00 | | | | $1,271.36 | $3,775.00 | | |
| 11/26/2018 | $151.00 | Pre | | | | $151.00 | | | $0.00 | | | $151.00 | $1,422.36 | $3,926.00 | | |
| 11/26/2018 | | | Contractual applied | 8/1/18 | | $0.00 | | | $0.00 | 6/1/2016 | | $1,279.42 | $142.94 | $3,926.00 | | |
| 12/17/2018 | $1,279.42 | Post | 12/1/18 | 9/1/18 | $1,279.42 | $0.00 | | | $0.00 | | | | $142.94 | $3,926.00 | | |
| 12/17/2018 | $151.00 | Pre | | | | $151.00 | | | $0.00 | | | $151.00 | $293.94 | $4,077.00 | | |
| 1/17/2019 | $1,279.42 | Post | 1/1/19 | 10/1/18 | $1,279.42 | $0.00 | | | $0.00 | | | | $293.94 | $4,077.00 | | |
| 1/17/2019 | $151.00 | pre | | | | $151.00 | | | $0.00 | | | $151.00 | $444.94 | $4,228.00 | | |
| 2/25/2019 | $1,279.42 | Post | 2/1/19 | 11/1/18 | $1,279.42 | $0.00 | | | $0.00 | | | | $444.94 | $4,228.00 | | |
| 2/25/2019 | $151.00 | Pre | | | | $151.00 | | | $0.00 | | | $151.00 | $595.94 | $4,379.00 | | |
| 3/19/2019 | $1,279.42 | Post | 3/1/19 | 12/1/18 | $1,279.42 | $0.00 | | | $0.00 | | | | $595.94 | $4,379.00 | | |
| 4/19/2019 | $1,279.42 | Post | 4/1/19 | 1/1/19 | $1,279.42 | $0.00 | | | $0.00 | | | | $595.94 | $4,379.00 | | |
| 4/19/2019 | $151.00 | Pre | | | | $151.00 | | | $0.00 | | | $151.00 | $746.94 | $4,530.00 | | |
| 5/16/2019 | $1,279.42 | Post | 5/1/19 | 2/1/19 | $1,279.42 | $0.00 | | | $0.00 | | | | $746.94 | $4,530.00 | | |
| 5/16/2019 | $302.00 | pre | | | | $302.00 | | | $0.00 | | | $302.00 | $1,048.94 | $4,832.00 | | |
| 6/19/2019 | $1,267.76 | Post | 6/1/19 | 3/1/19 | $1,267.76 | $0.00 | | | $0.00 | | | | $1,048.94 | $4,832.00 | | |
| 6/19/2019 | $151.00 | Pre | | | | $151.00 | | | $0.00 | | | $151.00 | $1,199.94 | $4,983.00 | | |
| 7/15/2019 | $1,267.76 | Post | 7/1/19 | 4/1/19 | $1,267.76 | $0.00 | | | $0.00 | | | | $1,199.94 | $4,983.00 | | |
| 7/15/2019 | $151.00 | pre | Contractual applied | 5/1/19 | | $151.00 | | | $0.00 | 7/1/2016 | $151.00 | $1,279.42 | $71.52 | $5,134.00 | | |
| 8/20/2019 | $1,267.76 | Post | 8/1/19 | 6/1/19 | $1,267.76 | $0.00 | | | $0.00 | | | | $71.52 | $5,134.00 | | |
| 8/20/2019 | $151.00 | pre | | | | $151.00 | | | $0.00 | | | $151.00 | $222.52 | $5,285.00 | | |
| 9/16/2019 | $1,267.76 | Post | 9/1/19 | 7/1/19 | $1,267.76 | $0.00 | | | $0.00 | | | | $222.52 | $5,285.00 | | |
| 9/16/2019 | $151.00 | Pre | | | | $151.00 | | | $0.00 | | | $151.00 | $373.52 | $5,436.00 | | |
| 10/17/2019 | $1,267.76 | Post | 10/1/19 | 8/1/19 | $1,267.76 | $0.00 | | | $0.00 | | | | $373.52 | $5,436.00 | | |
| 10/17/2019 | $151.00 | Pre | | | | $151.00 | | | $0.00 | | | $151.00 | $524.52 | $5,587.00 | | |
| 11/22/2019 | $1,267.76 | Post | 11/1/19 | 9/1/19 | $1,267.76 | $0.00 | | | $0.00 | | | | $524.52 | $5,587.00 | | |
| 11/22/2019 | $302.00 | Pre | | | | $302.00 | | | $0.00 | | | $302.00 | $826.52 | $5,889.00 | | |
| 12/19/2019 | $1,267.76 | Post | 12/1/19 | 10/1/19 | $1,267.76 | $0.00 | | | $0.00 | | | | $826.52 | $5,889.00 | | |
| 1/17/2020 | $1,267.76 | Post | 1/1/20 | 11/1/19 | $1,267.76 | $0.00 | | | $0.00 | | | | $826.52 | $5,889.00 | | |
| 2/20/2020 | $1,267.76 | Post | 2/1/20 | 12/1/19 | $1,267.76 | $0.00 | | | $0.00 | | | | $826.52 | $5,889.00 | | |
| 2/20/2020 | $151.00 | Pre | | | | $151.00 | | | $0.00 | | | $151.00 | $977.52 | $6,040.00 | | |
| 3/18/2020 | $1,267.76 | Post | 3/1/20 | 1/1/20 | $1,267.76 | $0.00 | | | $0.00 | | | | $977.52 | $6,040.00 | | |
| 3/18/2020 | $151.00 | Pre | | | | $151.00 | | | $0.00 | | | $151.00 | $1,128.52 | $6,191.00 | | |
| 4/16/2020 | $1,267.76 | Post | 4/1/20 | 2/1/20 | $1,267.76 | $0.00 | | | $0.00 | | | | $1,128.52 | $6,191.00 | | |
| 5/18/2020 | $1,267.76 | Post | 5/1/20 | 3/1/20 | $1,267.76 | $0.00 | | | $0.00 | | | | $1,128.52 | $6,191.00 | | |
| 6/17/2020 | $1,254.85 | Post | 6/1/20 | 4/1/20 | $1,254.85 | $0.00 | | | $0.00 | | | | $1,128.52 | $6,191.00 | | |
| 7/15/2020 | $1,254.85 | Post | 7/1/20 | 5/1/20 | $1,254.85 | $0.00 | | | $0.00 | | | | $1,128.52 | $6,191.00 | | |
| 8/17/2020 | $1,254.85 | Post | 8/1/20 | 6/1/20 | $1,254.85 | $0.00 | | | $0.00 | | | | $1,128.52 | $6,191.00 | | |
| 9/16/2020 | $1,254.85 | Post | 9/1/20 | 7/1/20 | $1,254.85 | $0.00 | | | $0.00 | | | | $1,128.52 | $6,191.00 | | |
| 10/20/2020 | $1,254.85 | Post | 10/1/20 | 8/1/20 | $1,254.85 | $0.00 | | | $0.00 | | | | $1,128.52 | $6,191.00 | | |
| 10/20/2020 | $151.00 | pre | | | | $151.00 | | | $0.00 | | | $151.00 | $1,279.52 | $6,342.00 | | |
| 11/16/2020 | $1,254.85 | Post | 11/1/20 | 9/1/20 | $1,254.85 | $0.00 | | | $0.00 | | | | $1,279.52 | $6,342.00 | | |
| 11/16/2020 | $151.00 | pre | Contractual applied | 10/1/20 | | $151.00 | | | $0.00 | 8/1/2016 | $151.00 | $1,254.85 | $175.67 | $6,493.00 | | |
| 12/17/2020 | $1,254.85 | Post | 12/1/20 | 11/1/20 | $1,254.85 | $0.00 | | | $0.00 | | | | $175.67 | $6,493.00 | | |
| 12/17/2020 | $151.00 | Pre | | | | $151.00 | | | $0.00 | | | $151.00 | $326.67 | $6,644.00 | | |
| 1/20/2021 | $1,251.34 | Post | 1/1/21 | 12/1/20 | $1,251.34 | $0.00 | | | $0.00 | | | | $326.67 | $6,644.00 | | |

| Date | Amount | Type | Due Date | Period | Applied | Unapplied | | Suspense | Date | Amount | Fee | Balance | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/17/2021 | $1,251.34 | Post | 2/1/21 | 1/1/21 | $1,251.34 | $0.00 | | $0.00 | | | | $326.67 | $6,644.00 |
| 2/17/2021 | $151.00 | Pre | | | | $151.00 | | $0.00 | | | $151.00 | $477.67 | $6,795.00 |
| 3/23/2021 | $1,251.34 | Post | 3/1/21 | 2/1/21 | $1,251.34 | $0.00 | | $0.00 | | | | $477.67 | $6,795.00 |
| 3/23/2021 | $151.00 | pre | | | | $151.00 | | $0.00 | | | $151.00 | $628.67 | $6,946.00 |
| 4/14/2021 | $1,251.34 | Post | 4/1/21 | 3/1/21 | $1,251.34 | $0.00 | | $0.00 | | | | $628.67 | $6,946.00 |
| 4/14/2021 | $151.00 | Pre | | | | $151.00 | | $0.00 | | | $151.00 | $779.67 | $7,097.00 |
| 5/14/2021 | $1,251.34 | Post | 5/1/21 | 4/1/21 | $1,251.34 | $0.00 | | $0.00 | | | | $779.67 | $7,097.00 |
| 6/21/2021 | $1,251.34 | Post | 6/1/21 | 5/1/21 | $1,251.34 | $0.00 | | $0.00 | | | $151.00 | $930.67 | $7,248.00 |
| 7/14/2021 | $151.00 | Pre | | | | $151.00 | | $0.00 | | | $151.00 | $1,081.67 | $7,399.00 |
| 7/14/2021 | $1,251.34 | Post | 7/1/21 | 6/1/21 | $1,251.34 | $0.00 | | $0.00 | | | | $1,081.67 | $7,399.00 |
| 8/16/2021 | $151.00 | Pre | | | | $151.00 | | $0.00 | | | $151.00 | $1,232.67 | $7,550.00 |
| 8/16/2021 | $1,251.34 | Post | 8/1/21 | 7/1/21 | $1,251.34 | $0.00 | | $0.00 | | | | $1,232.67 | $7,550.00 |
| 9/16/2021 | $134.86 | Pre | | 8/1/21 | | $134.86 | | $0.00 | 9/1/2016 | $134.86 | $1,248.43 | $119.10 | $7,684.86 |
| 9/16/2021 | $1,248.43 | Post | 9/1/21 | 9/1/21 | $1,248.43 | $0.00 | | $0.00 | | | | $119.10 | $7,684.86 |
| 10/13/2021 | $1,248.43 | Post | 10/1/21 | 10/1/21 | $1,248.43 | $0.00 | | $0.00 | | | | $119.10 | $7,684.86 |
| 11/16/2021 | $1,248.43 | Post | 11/1/21 | 11/1/21 | $1,248.43 | $0.00 | | $0.00 | | | | $119.10 | $7,684.86 |
| 1/18/2022 | $1,248.43 | Post | 12/1/21 | 12/1/21 | $1,248.43 | $0.00 | | $0.00 | | | | $119.10 | $7,684.86 |
| 3/4/2022 | $1,248.43 | Post | 1/1/22 | 1/1/22 | $1,248.43 | $0.00 | | $0.00 | | | | $119.10 | $7,684.86 |
| 3/21/2022 | $1,248.43 | Post | 2/1/22 | 2/1/22 | $1,248.43 | $0.00 | | $0.00 | | | | $119.10 | $7,684.86 |
| | | Pending check dated 4/10/22 # 31191832 for $2496.86 | | | | $0.00 | | $0.00 | | | | $119.10 | $7,684.86 |

(Remaining rows repeat: $0.00 / $0.00 / $119.10 / $7,684.86)